# CASES REPORTED WITH BRIEF SYLLABI

## AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

FIRST DEPARTMENT, APRIL, 1915.

HERMAN C. BOEDICKER, Appellant, v. THE SACKETT & WILHELMS COMPANY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 17th day of March, 1915, granting leave to serve supplemental answer.

PER CURIAM: The order appealed from is modified by imposing as a condition of permitting the defendant to serve a supplementary answer, that he pay a trial fee of thirty dollars and ten dollars costs of opposing motion; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice. _____

COLUMBIA-KNICKERBOCKER TRUST COMPANY, as Substituted Trustee, etc., Plaintiff, v. CORNELIA R. WAINWRIGHT, Appellant, and HOWARD TILLOTSON, Respondent, Impleaded with Others.

Appeal from parts of an order of the Supreme Court, entered in the New York county clerk's office on the 23d day of February, 1915, directing plaintiff to retain a certain sum of money until entry of a judgment in an action pending between the respondent and the plaintiff, etc.

PER CURIAM: The order appealed from is modified by striking out the provision that plaintiff retain in its hands out of the sum directed to be paid to the defendant Cornelia R. Wainwright, the sum of $4,500 to await the result of the action of *Tillotson* v. *Columbia-Knickerbocker Trust Company*, and all references to said retained sum; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice. _____